No. 92–5159.  MECKLEY *v.* WOODRICH ET AL.  C. A. 6th Cir. Certiorari denied.

No. 92–5160.  MARUCA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–5162.  TORRES *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 92–5163.  DE VEAL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–5164.  ADKINS *v.* RATELLE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–5165.  AMANDA T. *v.* NEW MEXICO HUMAN SERVICES DEPARTMENT.  Ct. App. N. M.  Certiorari denied.

No. 92–5168.  JONES *v.* DEPARTMENT OF THE AIR FORCE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–5170.  McCANTS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–5172.  RASCO *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–5173.  HARVEY ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–5174.  CARTER *v.* THORNBURGH ET AL.  C. A. 10th Cir. Certiorari denied.

No. 92–5175.  BURGESS *v.* ARLINGTON COUNTY SHERIFF'S DEPARTMENT.  C. A. 4th Cir.  Certiorari denied.

No. 92–5176.  STEWART *v.* PETERS, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 92–5177.  HARRIS *v.* OKLAHOMA ET AL.  C. A. 10th Cir. Certiorari denied.

No. 92–5178.  ALCORN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.